Dismissed and Memorandum Opinion filed August 26, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00662-CR

____________

 

ROBERT LEE BANARGENT, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 240th District Court

Fort Bend County, Texas

Trial Court Cause No. 41181A

 



 

MEMORANDUM
OPINION

After a jury trial, appellant was convicted of the offense of
aggravated assault and sentenced to life in prison on October 14, 2005.  No
timely motion for new trial was filed.  Appellant’s notice of appeal was not
filed until July 13, 2010.

A defendant’s notice of appeal must be filed within thirty
days after sentence is imposed when the defendant has not filed a motion for
new trial.  See Tex. R. App. P. 26.2(a)(1).
 A notice of appeal which complies with the requirements of Rule 26 is
essential to vest the court of appeals with jurisdiction. Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998).  If an appeal is not timely
perfected, a court of appeals does not obtain jurisdiction to address the
merits of the appeal.  Under those circumstances it can take no action other
than to dismiss the appeal.  Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Frost, and Brown.

Do Not Publish — Tex. R. App. P. 47.2(b).